STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. JOHN MILIACCO, ALIAS JOSEPH DE LAURO, PLAINTIFF IN ERROR.

Submitted May 13, 1927—Decided August 26, 1927.

**Crimes—Burglary—No Assignments of Error or Specifications of Causes—Nothing Before Court to be Reviewed.**

On error to Bergen County Quarter Sessions.

Before Justices PARKER, MINTURN and CAMPBELL.

For the plaintiff in error, *Alberico O. Ciccarelli.*

For the defendant in error, *Archibald C. Hart* and *John J. Breslin, Jr.*

PER CURIAM.

This writ brings up for review a judgment of conviction under an indictment charging an attempted burglary and possession of burglar's tools.

There are no assignments of error, specifications of causes of reversal nor certificate of the trial judge bringing up the

entire record under section 136 of the Criminal Procedure act. There is therefore nothing before us to be reviewed. *LeConey* v. *Koch,* 4 *N. J. Adv. R.* 950; *Abbe* v. *Erie Railroad Co.,* 97 *N. J. L.* 212.

The judgment below will therefore be affirmed, with costs.